CORNELIUS JONES, Respondent, *v.* JOHN P. ANDERSON, Appellant.

When an appeal to this court has been dismissed for failure to serve papers, and the remittitur has been sent down, judgment entered thereon and execution issued, a motion will not be entertained to reinstate the appeal.

*It seems* that in such case the appellant should move in the Supreme Court to have the proceedings there vacated, and the remittitur returned here, to the end that he may then make his motion for relief.

(Argued November 13, 1877 ; decided November 20, 1877.)

THIS was a motion to reinstate an appeal which had been regularly dismissed under the rule, for failure to serve printed case. *Held,* as above.

*J. P. Sanders,* for motion.

*W. W. Niles,* opposed.

EARL, J., reads mem. for denial of motion.
All concur.
Motion denied.